# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3365
_____

RICHARD G. SUMMERALL,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 26, 2024

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004). Appellant is warned that any future filings that this court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes (2023) (providing that "[a] prisoner who is found by a court to have brought a frivolous or malicious suit, action, claim, proceeding, or appeal" is subject to disciplinary procedures pursuant to the rules of the Department of Corrections).

ROWE, BILBREY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Richard G. Summerall, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.